1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN VINCENT FORD,                    1:17-cv-00474 MJS (HC)

12              Petitioner,

13      v.                                   ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14   AUDREY KING,                            EASTERN DISTRICT OF CALIFORNIA

15              Respondent.

16

17
          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action
18
     pursuant to 28 U.S.C. § 2254.
19
          The petitioner appears to challenge a conviction from Sacramento County, which
20
     is part of the Sacramento Division of the United States District Court for the Eastern
21
     District of California. Therefore, the petition should have been filed in the Sacramento
22
     Division.
23
          Pursuant to Local Rule 120(f), a civil action which has not been commenced in
24
     the proper court may, on the court's own motion, be transferred to the proper court.
25
     Therefore, this action will be transferred to the Sacramento Division. Good cause
26
     appearing, IT IS HEREBY ORDERED that:
27
          1.  This action is transferred to the United States District Court for the Eastern
28

                                              1

District of California sitting in Sacramento; and

      2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

      3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   __April 14, 2017__             /s/ *Michael J. Seng*

                                      UNITED STATES MAGISTRATE JUDGE